# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN CURTIS RAYMOND,<br><br>Defendant. | Case No. 5:25-mj-01215-HNJ |

## MOTION TO MODIFY BOND

In accordance with the Parties' agreement at the November 19, 2025 initial appearance, the United States moves the Court to modify the bond entered by the Court by replacing the $300,000 unsecured bond with a $400,000 secured bond.

                                                Respectfully submitted,

                                                PRIM F. ESCALONA
                                                United States Attorney

                                                */s/ John M. Hundscheid*
                                                John M. Hundscheid
                                                Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2025, I filed a copy of the foregoing with the Court through CM-ECF, which caused a copy to be served on counsel of record.

*/s/ John M. Hundscheid*
John M. Hundscheid
Assistant United States Attorney